E-FILED
Friday, 16 January, 2026 01:19:02 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

[redacted]

DOT

Return Processing Center:
PO Box 173071 | Milwaukee, WI 53217

PRESORTED
First-Class Mail
US Postage
Paid
Permit #3780

[redacted]

[redacted]

Youssou Diop
[redacted]

January 7, 2026

Notice of Data Breach

Dear Youssou Diop:

Dot Foods, Inc. ("Dot Foods") and Dot Transportation, Inc. ("DTI") are notifying you of an incident that may affect the confidentiality of some of your personal information. Although we have no indication of identity theft or fraud in relation to this incident, we are providing you with information about what happened, our response, and additional measures you can take to help protect your personal information, should you wish to do so.

**What Happened?** On December 3, 2025, we identified suspicious activity involving a small number of email accounts. We promptly secured those email accounts and started an extensive investigation, with the assistance of cybersecurity and computer forensics specialists. The investigation determined that certain email messages within the impacted email accounts were viewed by an unauthorized actor between December 3, 2025, and December 4, 2025. We are unable to confirm whether attachments to the viewed emails were also viewed without authorization, but we can't rule it out. On December 15, 2025, we identified that an attachment to one of the accessed email messages contained information relating to you, detailed further below. We're notifying you now, because your information may have been subject to unauthorized access. The unauthorized user also accessed our Dot Rewards platform, so we have locked down access to it while we investigate.

**What Information Was Involved?** Personal information including your name and Social Security number were present within an attachment that may have been viewed without authorization. Again, we cannot confirm if this attachment was actually viewed, but we cannot rule it out. We worked with a third party to validate that no customer information was impacted during the incident. Our investigation is ongoing, and we will move quickly to update you should we discover additional information relating to you.

**What We Are Doing.** We take this incident and the security of information in our care seriously. Upon learning of the incident, we moved quickly to investigate and respond, confirm the security of our environment, and determine what information was impacted. As part of our ongoing commitment to information security, we have reviewed our existing policies and procedures and enhanced technical safeguards to reduce the likelihood of a similar future event. As an added precaution, we are offering complimentary credit monitoring and identity restoration services to you for 24 months through Norton LifeLock. The enrollment instructions are included on the following page of this letter.

**What You Can Do.** We encourage you to remain vigilant against incidents of identity theft by reviewing account statements and credit reports for unusual activity and to detect errors, and to report any suspicious activity to your financial institutions. We also encourage you to review the information contained in the enclosed *Steps You Can Take to Help Protect Personal Information*. In addition, we encourage you to enroll in the complimentary credit monitoring services we are making available to you.

**For More Information.** For more information, please visit https://one.dotfoods.com/credit-identity-theft-monitoring. If you have additional questions or need further assistance, you may reach out to our Vice President Human Resources, Mandi Clark, at 877-745-1700 (toll-free) or benefits@dotfoods.com. You may also write to us at 1 Dot Way, P.O. Box 192, Mt. Sterling, IL 62353.

We apologize for any concern this incident may cause you, and remain committed to the privacy and security of the information in our care.

Sincerely,
Dot Foods, Inc.