E-FILED
Wednesday, 04 March, 2026 04:31:22 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

YOUSSOU DIOP, individually, and on behalf of all others similarly situated

Plaintiff,

v.

DOT FOODS, INC. and DOT TRANSPORTATION, INC.,

Defendants.

Case No. 3:26-CV-3019

---

KENNY HUNT, on behalf of himself and all others similarly situated,

Plaintiff,

v.

DOT FOODS, INC. and DOT TRANSPORTATION, INC.,

Defendants.

Case No. 3:26-CV-3021

---

ROBERT DUDENBOSTAL, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

DOT FOODS, INC. and DOT TRANSPORTATION, INC.,

Defendants.

Case No. 3:26-CV-3023

Magistrate Judge Douglas J. Quivey

**DISCLOSURE STATEMENT**

I, the undersigned counsel of record for Dot Transportation, Inc. make the following disclosures:

1. Is the named party a subsidiary of affiliate of a publicly owned corporation? No.

   If the answer is YES, list below and identify the parent corporation or affiliate and the relationship between it and the named party:

   ______________________________
   ______________________________

2. Does any other publicly owned corporation own 10% or more of the named party's stock or have another type of financial interest in the outcome of the litigation? No.

   If the answer is YES, list the identify of such corporations and the nature of the financial interest in the named party:

   ______________________________
   ______________________________

3. Is jurisdiction in this action based on diversity under 28 U.S.C. § 1332(a)? __No.__

   If the answer is YES, name and identify the citizenship of every individual or entity whose citizenship is attributed to the named party:

   Jurisdiction is based on the Class Action Fairness Act, 28 U.S.C. § 1332(d)(2).
   Dot Transportation, Inc. – Delaware, Illinois
   ______________________________
   ______________________________
   ______________________________
   ______________________________

   Note: In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), Rule 7.1(a)(2) of the Federal Rules of Civil Procedure now **requires** a party or intervenor to name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor:

   (A) when the action is filed in or removed to federal court, and
   (B) when any later event occurs that could affect the court's jurisdiction.

   Under Rule 7.1(b), a party or intervenor must file a disclosure statement:

   (1) with its first appearance, pleading, petition, motion, response, or other request; and
   (2) promptly file a supplemental statement if any required information changes.

Date: March 4, 2026

By: */s/ Jacob B. Harris*
Jacob B. Harris (ARDC No. 6316550)
jacob.harris@huschblackwell.com

Attorneys for Dot Transportation, Inc.

HUSCH BLACKWELL LLP
33 East Main Street, Suite 300
Madison, WI 53703-3095
608.255.4440
jacob.harris@huschblackwell.com