E-FILED
Friday, 10 April, 2026 03:57:50 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| YOUSSOU DIOP, individually, and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>DOT FOODS, INC. and DOT TRANSPORTATION, INC.,<br><br>Defendants. | Case No. 3:26-CV-3019 |
| KENNY HUNT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOT FOODS, INC. and DOT TRANSPORTATION, INC.,<br><br>Defendants. | Case No. 3:26-CV-3021 |
| ROBERT DUDENBOSTAL, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOT FOODS, INC. and DOT TRANSPORTATION, INC.,<br><br>Defendants. | Case No. 3:26-CV-3023<br><br>Magistrate Judge Douglas J. Quivey |

**DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY ALL PROCEEDINGS**

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 et seq., Defendants, Dot Foods, Inc. and Dot Transportation, Inc. (collectively, "Defendants"), by their attorneys, move to compel arbitration and stay proceedings. In support of this motion, Defendants state:

1. Plaintiff Youssou Diop ("Diop") is an employee of Defendants and, as a condition of his employment, executed a written agreement requiring him to arbitrate any disputes arising out of, or related to, his employment ("Arbitration Agreement").
2. Diop is now a named plaintiff in a putative class action against Defendants alleging that Defendants failed to adequately protect employee information in a data breach. The claims asserted in the Complaint arise directly from Diop's employment relationship with Defendants and the personal information he provided as a condition of employment. Thus, Diop's claims fall squarely within the scope of the Arbitration Agreement, and Diop should be compelled to arbitrate his claims against Defendants.
3. Further, because this is a putative class action in which Plaintiffs assert claims premised on common questions of law and fact, Defendants request that the Court stay proceedings as to all Plaintiffs pending the outcome of Diop's arbitration.
4. Defendants contemporaneously file their memorandum in support of this motion to compel arbitration and stay proceedings.

WHEREFORE, Defendants respectfully request that this Court grant Defendants' motion and enter an order: (1) compelling Diop to pursue his claims through individual arbitration in accordance with the terms of the Arbitration Agreement; (2) staying all proceedings in this action as to Diop pending completion of his arbitration; (3) staying all proceedings in this action as to

all Plaintiffs pending completion of Diop's arbitration; and (4) granting any additional relief that this Court deems appropriate.

Date: April 10, 2026

By: */s/ Jacob B. Harris*
Jacob B. Harris (ARDC No. 6316550)
jacob.harris@huschblackwell.com

Attorneys for Dot Transportation, Inc.

HUSCH BLACKWELL LLP
33 East Main Street, Suite 300
Madison, WI 53703-3095
608.255.4440
jacob.harris@huschblackwell.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2026, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filling to all counsel of record.

By: *\/s/ Jacob B. Harris*