E-FILED
Friday, 10 April, 2026 03:57:50 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| YOUSSOU DIOP, individually, and on behalf of all others similarly situated<br><br>Plaintiff,<br>v.<br><br>DOT FOODS, INC. and DOT TRANSPORTATION, INC.,<br><br>Defendants. | Case No. 3:26-CV-3019 |
| KENNY HUNT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOT FOODS, INC. and DOT TRANSPORTATION, INC.,<br><br>Defendants. | Case No. 3:26-CV-3021 |
| ROBERT DUDENBOSTAL, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOT FOODS, INC. and DOT TRANSPORTATION, INC.,<br><br>Defendants. | Case No. 3:26-CV-3023<br><br>Magistrate Judge Douglas J. Quivey |

**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL**

**ARBITRATION AND STAY ALL PROCEEDINGS**

This matter comes before the Court on Defendants Dot Foods, Inc.'s and Dot Transportation, Inc.'s (collectively, "Defendants") Motion to Compel Arbitration and Stay Proceedings. The Court, having considered the motion, the memorandum in support thereof, the documents referenced therein, and being otherwise fully advised in the premises, finds as follows:

1. Plaintiff Youssou Diop ("Diop") executed an arbitration agreement as a condition of his employment with Defendants ("Arbitration Agreement").
2. The Arbitration Agreement requires arbitration of all claims "arising out of or relating to [Diop's] employment with [Defendants]."
3. Diop's claims in this action arise directly from his employment relationship with Defendants and the personal information he provided as a condition of employment, and therefore fall within the scope of the Arbitration Agreement.
4. Defendants have satisfied the requirements for compelling arbitration under the Federal Arbitration Act, 9 U.S.C. § 1 et seq.
5. A stay of all proceedings as to all Plaintiffs is appropriate because this is a putative class action in which Plaintiffs assert claims premised on common questions of law and fact, thereby creating a risk of inconsistent rulings if non-arbitrable claims proceed while arbitration is pending.

IT IS THEREFORE ORDERED:

1. Defendants' Motion to Compel Arbitration and Stay Proceedings is **GRANTED**.
2. Plaintiff Youssou Diop is **ORDERED** to pursue his claims through individual arbitration in accordance with the terms of the Arbitration Agreement.

3. All proceedings in this action as to Plaintiff Youssou Diop are **STAYED** pending completion of his arbitration.

4. All proceedings in this action as to all Plaintiffs are **STAYED** pending completion of Diop's arbitration.

Signed this ________ day of _____________, 2026.

_______________________________
The Honorable Colleen R. Lawless