E-FILED
Friday, 10 April, 2026 03:59:53 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

# ILLINOIS EMPLOYEE ARBITRATION AGREEMENT & WAIVER

By signing this document, and in exchange for the Employer's agreement to hire you as an at will employee, you agree that:

1. Any dispute, controversy, claim, grievance, and/or cause of action that otherwise could be brought in a federal, state, or local court or agency under applicable federal, state, or local laws, arising out of or relating to your employment with Dot Foods, Inc. or Dot Transportation, Inc. and/or any of their affiliates (collectively referred to as "Employer" herein), shall be submitted to and decided by binding arbitration in Springfield, Illinois in accordance with the Federal Arbitration Act, 9 U.S.C. § 1, *et. seq*. (or the Illinois Uniform Arbitration Act, 710 ILCS 5/1, *et seq*., if the undersigned employee is exempt from the Federal Arbitration Act) governed by Illinois law without regard to conflict of law principles, and administered by JAMS in accordance with its Employment Arbitration Rules in effect at the time the arbitration is commenced, provided that the Employer pays all costs of arbitration (including arbitrator's fees) except for: (a) your attorney fees and expenses and (b) your share of the arbitration filing fee, up to $200 maximum.

2. Class action, collective action, and/or representative action procedures shall not be asserted, nor will they apply, in any arbitration pursuant to this agreement. Neither you nor Employer will assert class action, collective action, and/or representative action claims against the other in arbitration or otherwise. You shall only submit your own, individual claims in arbitration and will not seek to represent the interests of any other person. Any claims by you will not be joined, consolidated, or heard together with claims of any other employee.

3. The arbitrator(s) may award actual damages and/or reinstatement, but may not award any punitive, special, consequential or indirect damages.

4. Any award made in arbitration shall be final and binding upon you and Employer, and judgment on any such award may be entered in any court of competent jurisdiction.

5. If any part of this agreement to arbitrate is adjudged to be void or otherwise unenforceable, in whole or in part, the void or unenforceable provision shall be severed, and such adjudication shall not affect the validity of the remainder of the agreement to arbitrate.

6. This agreement to arbitrate and waiver shall extend beyond your term of employment by Employer and can only be revoked or modified in a writing signed by both you and a duly authorized representative of Employer which specifically states an intent to revoke or modify this agreement.

7. You acknowledge that this agreement in no way limits or restricts your right to:
   (i) report any good faith allegation of unlawful employment practices to any appropriate federal, State, or local government agency enforcing discrimination laws;
   (ii) report any good faith allegation of criminal conduct to any appropriate federal, State, or local official;
   (iii) participate in a proceeding with any appropriate federal, State, or local agency enforcing discrimination laws;
   (iv) make any truthful statements or disclosures equired by law, regulation, or legal process; and
   (v) request or receive confidential legal advice.

8. You have been given the opportunity to fully review and comprehend the terms of this agreement. You understand the terms of this agreement. You understand and agree that you may be giving up certain rights afforded to you in civil court actions including the right to a jury trial and the right to bring a claim against the Employer as a member of a class action, collective action, and/or representative action. You understand and agree that this agreement does not have

the purpose or effect of preventing you from making truthful statements or disclosures about employment practices which you may allege to be unlawful under Illinois law, if applicable. Nevertheless, you freely and voluntarily accept the terms of this agreement.

Employee Name Youssou Diop

Signature Electronically Signed By Youssou Diop

Date 8/13/2024